IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMMY MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 11-1148-SCW |
| | ) |
| PETER LISZEWSKI, MARK G. | ) |
| COULEAS, JOHN DOE, DR. MAHONE, | ) |
| RICHARD CATION, SYLVIA MAHONE, | ) |
| and CHRISTINE BEASLEY | ) |
| | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **JOHN DOE and DR. MAHONE** were dismissed by the filing of the Amended Complaint on October 19, 2007 (Doc. 36).

Defendants **RICHARD CATION, SYLVIA MAHONE**, and **CHRISTINE BEASLEY** were dismissed by an Order entered by Judge Harold J. Baker on December 16, 2011.

Defendant **MARK G. COULEAS** was granted judgment as a matter of law by Magistrate Judge Stephen C. Williams on August 12, 2013 (Doc. 238).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury rendered its verdict (Doc. 242)

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **SAMMY J. MOORE** and against Defendant **PETER LISZEWSKI** in the amount of one dollar ($1.00) in compensatory damages.

**IT IS FURTHER ORDERED AND ADJUDGED** Judgment is entered in favor of Defendants **MARK G. COULEAS, JOHN DOE, DR. MAHONE, RICHARD CATION, SYLVIA MAHONE** and **CHRISTINE BEASLEY** and against Plaintiff **SAMMY J. MOORE**.

**DATED**: August 13, 2013

                                              NANCY J. ROSENSTENGEL, CLERK

                                              BY: S/Angela Vehlewald
                                                      **Deputy Clerk**

**Approved by** s/Stephen C. Williams
              **United States Magistrate Judge**
                    **Stephen C. Williams**